[No. 15406-1-I.   Division One.   February 10, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY AARON SHECHTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-8-02342-4, Rosselle Pekelis, J., entered September 21, 1984. *Affirmed* by unpublished opinion prepared by Corbett, J., prior to his death on February 8, 1986, and adopted by Swanson and Grosse, JJ.

[No. 5660-1-III.   Division Three.   February 11, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. NEVA JEANNE HENNING, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. C-2041, Michael E. Donohue, J., entered February 16, 1983. *Affirmed* by unpublished opinion per Green, C.J., concurred in by McInturff and Thompson, JJ.

[No. 9255-7-II.   Division Two.   February 12, 1986.]

*In the Matter of* CHRISTOPHER A. BENFIELD, ET AL.

Appeal from judgments of the Superior Court for Lewis County, Nos. 84-7-00098-4, 84-7-00099-2, Dale M. Nordquist, J., entered January 28, 1985. *Dismissed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.